UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: JAMES BATEMON,      Chapter 13

Debtor.      Case No.: 18-22333-BHL

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
                           ) ss.
MILWAUKEE COUNTY )

    I, Faline Townsend, swear and affirm that on February 10, 2019, the **Notice and Request to Modify Confirmed Chapter 13 Plan** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

U.S. Bankruptcy Clerk

Office of the U.S. Trustee

Scott Lieske
Chapter 13 Trustee

    I, Faline Townsend, further swear and affirm, that on February 14, 2019, I have mailed by **first-class mail** the same documents to the following non-ECF participants reflected on the attached mailing matrix and if applicable listed below (however, copies have not been mailed to addresses which the Court designated as having been superseded by a preferred address on file, or which the Court designated as undeliverable or duplicate addresses, as indicated in the mailing matrix):

Franklin Financial Corporation
Attn: Lucas Hinrichs, President
10101 West Greenfield Avenue, Suite 200
Milwaukee, WI 53214-3953

City of Milwaukee
Attn: Grant F. Langley, City Attorney
Frank P. Zeidler Municipal Building
841 North Broadway, 7th Floor
Milwaukee, WI 53202

Deutsche Bank National Trust Company
Attn: Jacques Brand, CEO, North America
60 Wall Street
New York, NY 10005-2836

Subscribed and sworn to before
me this 14th day of February, 2019.

/s/
Atty. Thomas Napierala
Notary Public, State of Wisconsin
My commission is permanent



/s/
Faline Townsend
Strouse Law Offices
413 N. 2nd Street, Suite 150
Milwaukee, WI 53203
(414) 390-0820

```
Label Matrix for local noticing          AT&T Corp                              AT&T Uverse
0757-2                                   % AT&T Services, Inc.                  P.O. Box 5014
Case 18-22333-bhl                        Karen Cavagnaro, Esq.                  Carol Stream, IL 60197-5014
Eastern District of Wisconsin            One AT&T Way, Suite 3A104
Milwaukee                                Bedminster, NJ 07921-2693
Thu Feb 14 13:39:48 CST 2019

Alliance Collection Agencies             (p)AMERICOLLECT INC                    Aurora Health Care Metro Inc
PO Box 1267                              PO BOX 2080                            PO Box 343910
Marshfield, WI 54449-7267                MANITOWOC WI 54221-2080                Milwaukee, WI 53234-3910


CHI St. Francis Health                   Central Collection Corporation         Central Collections
c/o DCI Credit Services, Inc.            3055 N Brookfield Rd Ste 31            3055 N. Brookfield Road
Drawer 1347                              Brookfield, WI 53045-3336              Brookfield, WI 53045-3336
1409 West Villard
Dickinson, ND 58601-4649


City of Milwaukee                        City of Milwaukee                      City of Milwaukee
Attorney Grant Langley                   Milwaukee Water Works                  Office of City Treasurer
200 East Wells Street                    841 North Broadway                     200 E. Wells Street
Milwaukee, WI 53202-3515                 Room #406                              Rm 103
                                         Milwaukee, WI 53202-3687               Milwaukee, WI 53202-3546


ERC/Enhanced Recovery Corp               Franklin Financial Corporation         Franklin Financial Corporation
Attn: Bankruptcy                         10101 West Greenfield Avenue           6001 W Capitol Drive
8014 Bayberry Road                       Suite #200                             Milwaukee, WI 53216-2155
Jacksonville, FL 32256-7412              Milwaukee, WI 53214-3953


(p)INTERNAL REVENUE SERVICE              Lisa Batemon                           Lisa Batemon
CENTRALIZED INSOLVENCY OPERATIONS        2852 North 41st Street                 c/o WI SCTF
PO BOX 7346                              Milwaukee, WI 53210-1810               P.O. Box 07914
PHILADELPHIA PA 19101-7346                                                      Milwaukee, WI 53207-0914


MILWAUKEE WATER WORKS                    Medical College of Wisconsin           Medical College of Wisconsin
200 E WELLS ST                           8701 Watertown Plank Road              9200 West Wisconsin Avenue
RM 800                                   Milwaukee, WI 53226-3548               Milwaukee, WI 53226-3522
MILWAUKEE WI 53202-3515


Medical College of Wisconsin             Milwaukee County Child Support Agency  Ocwen Loan Servicing, LLC
P.O. Box 13367                           901 N 9th ST, Rm. 101                  Attn: Research/Bankruptcy
Milwaukee, WI 53213-0367                 Milwaukee, WI 53233-1425               1661 Worthington Road, Suite 100
                                                                                West Palm Bch, FL 33409-6493


Ocwen Loan Servicing, LLC                                                       Pediatric Diagnostic Imaging
c/o Nationwide Credit, Inc.                                                     6400 Industrial Loop
P.O. Box 14581                                                                  Greendale, WI 53129-2452
Des Moines, IA 50306-3581


Rhonda Witherspoon                       West Allis Memorial Hospital           West Allis Memorial Hospital
c/o WI SCTF                              8901 West Lincoln Avenue               P.O. Box 343
P.O. Box 07914                           Milwaukee, WI 53227-2477               Milwaukee, WI 53201-0343
Milwaukee, WI 53207-0914
```

Wisconsin Department of Revenue
2135 Rimrock Road
PO Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
819 North 6th Street
Suite 408
Milwaukee, WI 53203-1606

James Batemon
5083 N. 56th St.
Milwaukee, WI 53218-4213

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect Inc
PO Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

Internal Revenue Service
211 W. Wisconsin Avenue
Milwaukee, WI 53203

(d) Internal Revenue Service
Centralized Insolvency Unit
P.O. Box 21126
Philadelphia, PA 19114

(d) Internal Revenue Service
Department of the Treasury
Kansas City, MO 64999-0030